| Case | Number | Date | Judges | Disposition |
|---|---|---|---|---|
| Taylor v. State | 10A01–1611–CR–2629 | 06/14/2017 | VAIDIK, C.J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Deltoro v. State | 20A05–1608–CR–1868 | 06/14/2017 | VAIDIK, C.J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| State v. Stidham | 18A02–1701–PC–68 | 06/14/2017 | BROWN, J. | Remanded |
| | | | MAY, J. | Concurs in result without opinion |
| | | | PYLE, J. | Concurs |
| Heard v. State | 45A03–1611–CR–2521 | 06/14/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Toth v. Noblitt | 20A03–1609–DR–2240 | 06/14/2017 | BROWN, J. | Affirmed in part, reversed in part, and remanded |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Jabaay v. BMW Constructors, Inc. | 45A05–1608–CT–1768 | 06/14/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Hatton v. State | 49A05–1612–CR–2826 | 06/15/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Horton v. State | 49A02–1702–CR–291 | 06/15/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Williams v. Chicago South Shore & South Bend Railroad | 45A04–1612–CT–2819 | 06/16/2017 | FRIEDLANDER, Sr.J. | Reversed and remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |